John E. Casperson
HOLMES WEDDLE & BARCOTT, P.C.
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: jcasperson@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SILVER BAY SEAFOODS, L.L.C., an Alaska limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> TLINGIT LADY, Official No.262266, its Engines, Machinery, Appurtenances, etc., *In Rem*; and <br><br> Curtis J. Demmert, I*n Personam;* and <br><br> Defendants. | IN ADMIRALTY <br><br> Case No. |

**COMPLAINT TO FORECLOSE PREFERRED SHIP MORTGAGE**

***IN REM* AND FOR DEBT**

SILVER BAY SEAFOODS, L.L.C., an Alaska limited liability company (referred to at times hereafter as "Plaintiff") alleges:

**I.**

This is a matter of admiralty and maritime jurisdiction under 46 U.S.C. § 31322 and § 31325 and within the meaning of Fed. R. Civ. P. 9(h).

**II.**

At all times material herein, defendant vessel TLINGIT LADY, Official No.

COMPLAINT
*SILVER BAY SEAFOODS, L.L.C. v. F/V TLINGIT LADY, et al.*
Case No. _____ - Page 1 of 7

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:18-cv-00081-SLG   Document 1   Filed 03/19/18   Page 1 of 7

262266, its engines, machinery, appurtenances, fishing rights, etc. ("Vessel") was and is a vessel duly documented under the laws of the United States and owned by Curtis J. Demmert, an individual residing in the State of Alaska ("Demmert"). The Vessel is now, or will be during the pendency of this action, within this district and subject to the jurisdiction of this Court.

**III.**

On or about June 1, 2014, Demmert executed and delivered a Secured Promissory Note in favor of Plaintiff in the principal amount of Two Hundred Fifty-Five Thousand Five Hundred and 00/100 Dollars ($255,500.00), plus interest on the unpaid balance (the "First Note"). See Exhibit A attached hereto. On or about October 28, 2015, Demmert executed and delivered a second Secured Promissory Note in favor of Plaintiff in the principal amount Eighteen Thousand and 00/100 Dollars ($18,000.00), plus interest on the unpaid balance (the "Second Note," and the First Note and the Second Note, together, the "Notes"). *See* Exhibit B attached hereto.

**IV.**

The First Note provides that "Borrower promises to pay all costs, expenses, and attorney fees incurred by Lender in the exercise of any proceeding for collection of any sum due under the Note." Exhibit A, ¶4. The Second Note provides that "lender may hire or pay someone else to help collect this Note if Borrower does not pay, and Borrower shall pay the costs and expenses incurred in such collection efforts. This includes…Lender's attorneys' fees and Lender's legal expenses whether or not there is a lawsuit…" Exhibit B, ¶5.

**V.**

Demmert, as owner of the Vessel, granted a Preferred Ship Mortgage on the

COMPLAINT
*SILVER BAY SEAFOODS, L.L.C. v. F/V TLINGIT LADY, et al.*
Case No. _____ - Page 2 of 7

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:18-cv-00081-SLG   Document 1   Filed 03/19/18   Page 2 of 7

Vessel to Plaintiff on June 4, 2014, to secure the obligations evidenced by the First Note. The Mortgage was amended as of November 2, 2015 to secure the increased principal amount of $273,500.00 under the First and Second Notes. *See* Exhibit C attached hereto (all of the foregoing, individually and collectively, the "Mortgage").

## VI.

Plaintiff is the owner and holder of the Notes, the Guaranty and the Mortgage on the Vessel.

## VII.

To secure the payment of the Notes, the Mortgage conveys to Plaintiff "the whole of the vessel more particularly described above, together with all of the mast, bowsprit, boat, anchors, cables, chains, rigging, tackle, apparel, furniture, freights and all additions, improvements and 'Fishing Rights' of whatsoever nature now held, or which may in the future be held or inured, including but not limited to, moratorium, License limitation Program (LLP) and other participatory catch rights, if any, and all other necessaries thereunto appertaining and belonging. The term 'Fishing Rights' means all rights or privileges to harvest, process, transport and or sell fish, sable-fishes, cod, shellfish and fishery products…(all of which shall be deemed to be included in the term "Vessel" in the Mortgage.)" Exhibit C, ¶1.

## VIII.

Fishing Rights, including, without limitation, Alaska Permits 67754R and 60176W, are included in the definition of "Vessel" under the Mortgage and are therefore covered by the Mortgage upon which the Plaintiff is foreclosing in this action.

## IX.

The Mortgage requires that Demmert shall not allow the Vessel to be "levied

COMPLAINT
*SILVER BAY SEAFOODS, L.L.C. v. F/V TLINGIT LADY, et al.*
Case No. _____ - Page 3 of 7

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:18-cv-00081-SLG   Document 1   Filed 03/19/18   Page 3 of 7

upon or taken by virtue of any attachment or execution against said Mortgagor." Demmert defaulted in his performance under the Mortgage by illegally fishing in a closed area, resulting in a judgment against Demmert as of January 11, 2018 in Case No. 1PW-17-00145CR of the District Court for the State of Alaska at Prince of Wales, and a sentence requiring, amongst other things, the forfeiture of the F/V/ TLINGIT LADY. See Exhibit D attached hereto.

## X.

The vessel has been taken by the State of Alaska pursuant to the forfeiture order contained in the District Court Judgment. Exhibit D, p.2 ("Forfeiture").

## XI.

The Mortgage further requires that Mortgagor shall not "negligently or willfully permit said property to waste, or be damaged or destroyed…" Exhibit C, ¶4.

## XII.

On March 6, 2018, Plaintiff's agent visited the Vessel and determined that the vessel was in poor condition, with, among other things, leaks in the deck and hull, oil leaks in the bilge pump and other equipment, and a broken generator. Demmert has permitted the Vessel to waste, and is therefore in default under the terms of the Mortgage.

## XIII.

Under the terms of the Mortgage, the Mortgagee may sell the Vessel or so much thereof as may be necessary to "satisfy the said debt, interest, and reasonable expenses." Exhibit C, ¶4.

## XIV.

The outstanding principal balance of the First Note is $84,312.58. Per the terms of the Note, the obligation of the Note has borne interest at the rate of 5.0% per annum.

COMPLAINT
*SILVER BAY SEAFOODS, L.L.C. v. F/V TLINGIT LADY, et al.*
Case No. _____ - Page 4 of 7

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:18-cv-00081-SLG   Document 1   Filed 03/19/18   Page 4 of 7

Accrued interest through February 28, 2018 is $3,091.44. All unpaid principal of the First Note continues to bear interest at the rate of 5% per annum, accruing at the daily rate of $18.74.

The outstanding principal balance of the Second Note is $13,008.49. Per the terms of the Note, the obligation of the Note has borne interest at the rate of 5.0% per annum. Accrued interest through February 28, 2018 is $911.55. All unpaid principal of the First Note continues to bear interest at the rate of 5% per annum, accruing at the daily rate of $1.81.

## XV.

The laws of the United States provide that, upon a default of any term of a preferred mortgage, the mortgage holder may enforce its claim for outstanding indebtedness against the mortgaged vessel, *in rem*, 46 U.S.C. § 31325.

**WHEREFORE**, Plaintiff prays for judgment as follows:

   **1.**   That this Court decree payment due by Demmert and the Vessel of the following:

      **a.**   The sum of $101,324.06 in principal, interest, late fees, costs and expenses, subject to adjustment, through February 28, 2018, and daily interest thereafter in the amount of $20.55 until the time of judgment and thereafter until paid;

      **b.**   Reasonable attorney's fees; and

      **c.**   The costs of this action, including charges for all fees for keepers and their costs incurred in this action and for all expenses in the sale of the Vessel, its engines, machinery, appurtenances, etc.

   **2.**   That Plaintiff be adjudged the holder of a first preferred ship mortgage on the Vessel for the payment of sums due, including costs and attorneys' fees, and that this

COMPLAINT
*SILVER BAY SEAFOODS, L.L.C. v. F/V TLINGIT LADY, et al.*
Case No. _____ - Page 5 of 7

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:18-cv-00081-SLG   Document 1   Filed 03/19/18   Page 5 of 7

Court declare the lien of the said Mortgage to be superior to all other liens which may exist against the Vessel.

3. That the Mortgage be foreclosed and the Vessel be sold by the U.S. Marshal and the proceeds of the sale be applied and delivered to pay demands and claims of Plaintiff in the amount and to the extent as specifically set forth herein, together with costs and attorneys' fees, and that it be declared that any and all persons, firms or companies claiming any interest in the Vessel are forever barred and foreclosed of and from all rights of equity or redemption or claim in and to the Vessel.

4. That *in rem* process in due form of the law issue against the Vessel.

5. That at the sale of the Vessel by the U.S. Marshal, Plaintiff be permitted to bid, without cash deposit, its judgment, accrued interest, costs and attorneys' fees, up to the full amount thereof.

6. That Plaintiff have such other and further relief as in law and equity it may be entitled to receive.

DATED this __19th__ day of March, 2018.

HOLMES WEDDLE & BARCOTT, P.C.

s/ John E. Casperson
John E. Casperson, ABA #7910076
999 Third Avenue, Suite 2600
Seattle, Washington 98104
Telephone: (206) 292-8008
Facsimile: (206) 340-0289
Email: jcasperson@hwb-law.com
Attorney for Plaintiff

COMPLAINT
*SILVER BAY SEAFOODS, L.L.C. v. F/V TLINGIT LADY, et al.*
Case No. _____ - Page 6 of 7

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:18-cv-00081-SLG   Document 1   Filed 03/19/18   Page 6 of 7

## VERIFICATION

I, Joseph Misenti, being first duly sworn, upon oath depose and state that I am the General Counsel of Silver Bay Seafoods, L.L.C. I have read the above and foregoing complaint, know the contents thereof and believe the same to be true. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 16th day of March, 2018.

_____
JOSEPH MISENTI

COMPLAINT
*SILVER BAY SEAFOODS, L.L.C. v. F/V TLINGIT LADY, et al.*
Case No. _____ - Page 7 of 7

HOLMES WEDDLE & BARCOTT, PC
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Case 3:18-cv-00081-SLG   Document 1   Filed 03/19/18   Page 7 of 7